BENJ. WOLF CO., INC. *v.* UNITED STATES

No. 5110.—Invoices dated Yokohama, Japan, September 5, 1936, etc.
Entered at New York September 16, 1936, etc.
Entry No. 46063, etc.

(Decided January 31, 1941)

Puckhafer, Rode & Rode (*John D. Rode* of counsel), for the plaintiff.
Charles D. Lawrence, Acting Assistant Attorney General (*Daniel I. Auster*, special attorney), for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon a stipulation to the effect that the issue and certain items of the merchandise herein are the same as in the case of *United States* v. *Nippon Dry Goods Co.*, Reap. Dec. 5006, and that the appraised value of said items less any additions made by the importer by reason of the so-called Japanese consumption tax represent the proper export value, and that there was no higher foreign value.

On the agreed facts I find and hold the proper dutiable export value of the items of merchandise marked A and checked JWT on the invoices covered by said appeals is the value found by the appraiser, less any amount added by the importer by reason of the so-called Japanese consumption tax. Judgment will be rendered accordingly.